IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEE BROSIUS,                              :        CIVIL ACTION NO. **4:CV-13-0255**
                                          :
                    Plaintiff             :        (Judge Brann)
                                          :
         v.                               :        (Magistrate Judge Blewitt)
                                          :
GLOBAL CREDIT AND COLLECTION              :
CORPORATION,                              :
                                          :
                    Defendant             :

## ORDER

**AND NOW,** this ___ day of **May, 2013,** in follow up to Plaintiff's Doc. 4 Status Report,

**IT IS HEREBY ORDERED THAT** Plaintiff shall file a second report on the status of service of the

Complaint upon Defendant within **ten (10)** days of the date of this Order.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 10 2013

FILED
SCRANTON

MAY 1 0 2013

PER ___
DEPUTY CLERK