# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**LEE BROSIUS**

*Plaintiff*

v.

**GLOBAL CREDIT AND COLLECTION CORPORATION**

*Defendant*

Civil Action No.:
**4:13–CV–00255–MWB–TMB**
Hon. Matthew W. Brann

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    Craig Thor Kimmel
    Kimmel & Silverman
    30 East Butler Pike
    Ambler, PA 19002

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**MARY E. D'ANDREA**

*CLERK OF COURT*

  **s/ – Lisa Gonsalves**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2013–02–04 12:56:10.0**, Clerk USDC MDPA

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of

Case Number: 4:13-CV-00255-MWB-TMB

Plaintiff:
**LEE BROSIUS**

vs.

Defendant:
**GLOBAL CREDIT AND COLLECTION CORPORATION**



For:
Craig Thor Kimmel
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002

Received by Alliance Process, Inc. on the 1st day of May, 2013 at 4:04 pm to be served on **GLOBAL CREDIT AND COLLECTION CORP., 2699 LEE ROAD, SUITE 330, WINTER PARK, FL 32789**

I, Joy N Kellum, being duly sworn, depose and say that on the **6th day of May, 2013** at **1:33 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **AUTHORIZED AGENT FOR CT CORPORATION SYSTEM, R.A.** for **GLOBAL CREDIT AND COLLECTION CORP**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with Section Florida Statute 48.081.

**Additional Information pertaining to this Service:**
Donna Moch is the authorized agent to accept service for CT Corporation System.

I certify that I am over the age of 18 and have no interest in the above action. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and Sworn to before me on the 6th day of May, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Joy N Kellum
Broward County #1306

Alliance Process, Inc.
P.O. Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2013001597

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k