UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE BROSIUS,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GLOBAL CREDIT AND<br>COLLECTION CORPORATION,<br><br>　　　　Defendant | **Case No.: 4:13-cv-00255-MWB-TMB** |

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 55(a), comes now Plaintiff, LEE BROSIUS, by and through his counsel, Craig Thor Kimmel, and motions for Entry of Default against Defendant and states the following in support:

1. On February 2, 2013, Plaintiff filed a Complaint in this matter, naming Global Credit and Collection Corporation as Defendant. See Docket No. 1.

2. Plaintiff's complaint alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

3. Plaintiff sought statutory damages pursuant to FDCPA in addition to actual damages suffered and reasonable attorney's fees.

4. On February 4, 2013, the Complaint, Notice of Lawsuit and Waiver of Service of Summons were sent via certified mail to Defendant. See Exhibit "A."

5. The Complaint, Notice of Lawsuit and Waiver of Service of Summons were all returned, stating "Not Deliverable as Addressed."

6. On February 28, 2013, the Complaint, Notice of Lawsuit and Waiver of Service of Summons were sent via certified mail to a new address for Defendant. See Exhibit "B."

7. The Complaint, Notice of Lawsuit and Waiver of Service of Summons were served upon Defendant on March 4, 2013, at Defendant's legal address of: 2699 Lee Rd., Suite 330, Winter Park, Florida 32789. See Exhibit "B".

8. Defendant's executed Waiver was due on or before March 28, 2013.

9. Defendant did not return the executed Waiver.

10. Moreover, Defendant did not file an Answer or contacted Plaintiff's counsel to request an extension of time within which to answer the complaint.

11. Thereafter, on or about April 2, 2013, Plaintiff's firm contacted Alliance Process to make service of the Complaint and Summons upon Defendant.

12. Alliance Process notified Plaintiff's firm that the authorized agent for Global Credit and Collection Corporation was located at 1200 South Pine Island Road, Plantation, Florida 33324.

13. Accordingly, on May 6, 2013, Alliance Process served the Complaint and Summons upon Donna Moch, an individual authorized to accept service for Defendant, at its corporate headquarters of 1200 South Pine Island Road, Plantation, Florida 33324.  See Exhibit "C."

14. Defendant's Answer was due on or before May 28, 2013.

15. As of the date of this Motion, Defendant has neither filed an answer nor contacted Plaintiff's attorney for an extension of time to file an answer.

16. Federal Rule of Civil Procedure 55(a) provides, "When a part against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

17. Accordingly, Plaintiff requests the Clerk of Court enter Default Judgment against Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court grant his instant motion and enter default judgment against Defendant, Global Credit & Collection Corporation, for failure to timely plead or otherwise defend against Plaintiff's complaint.

DATED: June 27, 2013					By: */s/ Craig Thor Kimmel*
							CRAIG THOR KIMMEL
							PA Attorney ID #57100
							Attorney for Plaintiff
							Kimmel & Silverman, P.C.
							30 E. Butler Pike
							Ambler, PA 19002
							Telephone: (215) 540-8888
							Fax: (877) 788-2864
							Email: kimmel@creditlaw.com